168 So. 906

**A. C. SORRELL v. STATE.**

6. Div. 922.

Court of Appeals of Alabama.
May 5, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.

169 So. 913

**SOUTHERN RAILWAY CO. v. JONES COTTON CO.**

8 Div. 319.

Court of Appeals of Alabama.
May 21, 1936.

PER CURIAM.
Appeal dismissed.

173 So. 925

**SOUTHERN RWY. CO. v. Martha Sadie SMITH.**

2 Div. 596.

Court of Appeals of Alabama.
March 23, 1937.

Pettus & Fuller, of Selma, for appellant.

Geo. O. Miller and Ira D. Pruitt, both of Livingston, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

174 So. 906

**SOVEREIGN CAMP, W. O. W., v. Charles H. BROWNRIGG.**

6 Div. 61.

Court of Appeals of Alabama.
April 22, 1937.

PER CURIAM.
Appeal dismissed for want of prosecution.

168 So. 906

**Hubert SPARKS v. STATE.**

6 Div. 899.

Court of Appeals of Alabama.
May 12, 1936.

RICE, Judge.
Appeal dismissed.

165 So. 923

**Johnny SPURLIN v. STATE.**

7 Div. 156.

Court of Appeals of Alabama,
Jan. 21, 1936.

SAMFORD, Judge.
Appeal dismissed.

165 So. 923

**George STEELE, alias Steel, v. STATE.**

8 Div. 168.

Court of Appeals of Alabama.
Feb. 4, 1936.

RICE, Judge.
Appeal dismissed.